# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0242
_____

MARK C. JACKSON,

Appellant,

v.

STATE OF FLORIDA UNITED
STATES OF AMERICA, et al.,

Appellees.

_____

On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

September 5, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mark C. Jackson, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Jesse Haskins, Assistant Attorney General, Tallahassee, for Appellees.